**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-6861**

_____

UNITED STATES OF AMERICA,

             Plaintiff – Appellee,

     v.

DALTON DION HOPKINS,

             Defendant – Appellant.

_____

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Frank D. Whitney,
District Judge.  (3:01-cr-00002-FDW-2)

_____

Submitted:  September 10, 2009      Decided:  September 15, 2009

_____

Before KING, DUNCAN, and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Dalton Dion Hopkins, Appellant Pro Se.  Amy Elizabeth Ray,
Assistant United States Attorney, Asheville, North Carolina, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dalton Dion Hopkins appeals the district court's order denying his 18 U.S.C. § 3582(c) (2006) motion for sentence modification. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. United States v. Hopkins, No. 3:01-cr-00002-FDW-2 (W.D.N.C. April 24, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED